# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
# APPEAL NO. 23-2414

| | |
|---|---|
| COALITION FOR LIFE ST. LOUIS dba COALITION LIFE, | ) Appeal from the United States ) District Court for the Southern ) District of Illinois |
| Plaintiff-Appellant, | ) ) |
| v. | ) Dist. Ct. No. 3:23-cv-01651-SPM ) |
| CITY OF CARBONDALE, IL, | ) ) |
| Defendant-Appellee. | ) The Hon. Stephen P. McGlynn ) U.S. District Judge |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRAP 42(b) AND IN RESPONSE TO COURT'S ORDER

Now comes Plaintiff-Appellant, Coalition For Life ("Plaintiff"), in response to this Court's July 24, 2023 Order (ECF 2), indicating that this Appeal is duplicative of an earlier filed one, no. 23-2367, and unnecessary, and thus moves that this Appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b), and for such additional or other relief as the Court may deem appropriate.

Counsel for Defendant-Appellee City of Carbondale has indicated it does not oppose this Motion.

Respectfully submitted,

/s/Peter Breen
Peter Breen
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, Illinois 60606

1

(312) 782-1680
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all counsel of record are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Peter Breen
Peter Breen